sg6986

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------X<br>In Re:<br><br>Matthew Rosio<br>*dba* Moving Masters Inc,<br><br>                     Debtor.<br>---------------------------------------------------------------X | Hearing Date: July 13, 2017<br>Time: 2:00 p.m.<br><br>Chapter 7<br><br>Case No. 1-16-45764-cec<br><br><br>**NOTICE OF MOTION**<br>**<u>AVOIDING JUDGMENT LIENS</u>** |

     PLEASE TAKE NOTICE that upon the annexed application of Stuart P. Gelberg, attorney for Matthew Rosio, the Debtor herein, a motion will be made before the Honorable Carla E. Craig, Chief Judge at the United States Bankruptcy Court, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York, on July 13, 2017 at 2:00 p.m. or as soon thereafter as counsel may be heard for an Order, a copy of which Order is annexed hereto, pursuant to 11 U.S.C. Section 522(f) avoiding the two (2) judgment liens of JPMorgan Chase Bank, N.A., one (1) for FIA Card Services, NA and one (1) for National Environmental Safety Co. Inc. as impairing the Debtor's homestead exemption and for such other, further and different relief as may seem just and proper.

Dated:   Garden City, New York
           May 19, 2017

                                                    /s/ Stuart P. Gelberg
                                                  STUART P. GELBERG, (SG 6986)
                                                  Attorney for the Debtor
                                                  600 Old Country Road, Suite 410
                                                  Garden City, New York 11530
                                                  (516) 228-4280

To:   U.S. Trustee
        Office of the United States Trustee
        Eastern District of NY (Brooklyn Office)
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, NY 10014

        Debra Kramer, Esq.
        Chapter 7 Trustee
        98 Cutter Mill Road
        Suite 466 South
        Great Neck, NY 11021

Shari S. Barak, Esq.
Shapiro, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Parshhueram T. Misir, Esq. and
Brian J. Hufnagel, Esq.
Forchelli, Curto, Deegan,
Schwartz, Mineo & Terrana, LLP
The Omni
333 Eagle Ovington Blvd., Suite 1010
Uniondale, NY 11553

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Bonchonsky & Zaino, LLP
226 Seventh Street, Suite 200
Garden City, NY 11530

FIA Card Services, NA
655 Newark Road
Newark, DE 19713

Malen & Associates, PC
123 Frost Street, Suite 203
Westbury, NY 11590

National Environmental Safety Co. Inc.
12-17 38th Avenue
Long Island City, NY 11101

Elio Forcina, Esq.
250 Mineola Blvd.
Mineola, NY 11501

Avrum J. Rosen, Esq.
Rosen, Kantrow & Dillon, PLLC
38 New Street
Huntington, NY 11743

Mullooly, Jeffrey, Rooney & Flynn, LLP
6851 Jericho Tpke., Suite 220
Syosset, NY 11791